Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Stephen A. Klein*
sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

*Pro Hac Vice*

*Attorneys for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHAEL NAVARRO,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JUSTFAB, LLC d/b/a JUSTFAB**, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-cv-01002-JAM-DMC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JUSTFAB, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff Rachael Navarro ("Navarro" or "Plaintiff"), by and through her counsel, hereby files this Unopposed Motion for Extension of Time for Defendant JustFab, LLC to Respond to Plaintiff's Complaint. Plaintiff respectfully moves the Court for a sixty (60) day extension to **August 30,**

**2021** for Defendant JustFab, LLC d/b/a JustFab ("JustFab" or "Plaintiff") to respond to the Complaint. In support of the motion, Plaintiff states as follows:

1. On June 4, 2021, Plaintiff filed a putative class action complaint ("Complaint") against Defendant. (Dkt. 1.)

2. On June 9, 2021, JustFab was served with the Complaint and Summons (dkt. 7), placing its deadline to respond on or before June 30, 2021.

3. Counsel for JustFab reached out to Plaintiffs' counsel, and the parties hereby request an additional sixty (60) days to confer and evaluate the allegations in the Complaint. The additional time will permit counsel for Plaintiff and Defendant sufficient time to review and discuss the matter and their respective positions, and will further permit JustFab sufficient time to review the allegations contained within the Complaint and respond as necessary.

4. Good cause exists for this request, and the extension of time requested will not cause prejudice to either Party or the Court. Further, this extension is not sought for dilatory reasons or any other improper purpose, and Plaintiff has not previously sought an extension to the same effect.

5. Plaintiff's counsel has conferred with counsel for Defendant who have consented to the requested sixty (60) day extension.

WHEREFORE, Plaintiff Rachael Navarro respectfully requests that the Court enter an order granting the requested extension of time for Defendant to respond to Plaintiff's Complaint up to and including August 30, 2021, and for any other relief the Court deems necessary and just.

Respectfully submitted,

Dated: June 30, 2021

**RACHAEL NAVARRO,** individually and on behalf of all others similarly situated,

By: /s/ *Stephen A. Klein*

UNOPPOSED MOTION FOR EXTENSION OF TIME
-2-

One of Plaintiff's Attorneys

Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Stephen Klein*
sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's CM/ECF system.

/s/ *Stephen A. Klein*