# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

RACHAEL NAVARRO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JUSTFAB, LLC d/b/a JUSTFAB, a Delaware limited liability company,

Defendant.

Case No. 2:21-cv-01002-JAM-DMC

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JUSTFAB, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having considered Plaintiff's Unopposed Motion for Extension of Time for Defendant JustFab, LLC to Respond to Plaintiff's Complaint, and being duly advised in the premises, hereby ORDERS as follows:

1. The Motion is GRANTED.
2. Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before August 30, 2021.

**IT IS SO ORDERED.**

DATED: June 30, 2021   /s/ John A. Mendez
　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE