Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Stephen A. Klein*
sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

*Pro Hac Vice*

*Attorneys for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHAEL NAVARRO,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JUSTFAB, LLC d/b/a JUSTFAB**, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-cv-01002-JAM-DMC<br><br>**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JUSTFAB, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff Rachael Navarro ("Navarro" or "Plaintiff"), by and through her counsel, hereby files this Second Unopposed Motion for Extension of Time for Defendant JustFab, LLC to Respond to Plaintiff's Complaint. Plaintiff respectfully moves the Court for a thirty (30) day extension to **September 29, 2021** for Defendant JustFab, LLC d/b/a JustFab ("JustFab" or

"Plaintiff") to respond to the Complaint. In support of the motion, Plaintiff states as follows:

1. On June 4, 2021, Plaintiff filed a putative class action complaint ("Complaint") against Defendant. (Dkt. 1.)

2. On June 9, 2021, JustFab was served with the Complaint and Summons (dkt. 7), placing its deadline to respond on or before June 30, 2021.

3. Counsel for JustFab reached out to Plaintiffs' counsel, and on June 30, 2021, Plaintiff filed an unopposed motion for extension of time, requesting sixty (60) days for the parties to confer and evaluate the allegations in the Complaint. The Court granted the motion and set Defendant's deadline to respond for August 30, 2021. (Dkt. 9, 10.)

4. Plaintiff hereby requests an additional thirty (30) days for the parties to confer and evaluate the allegations in the Complaint. Defendant has provided records to controvert Plaintiff's claims, and the additional time will permit counsel for Plaintiff to assess such records and procure confirmatory records of her own, and it will further permit JustFab sufficient time to review the allegations contained within the Complaint and respond as necessary.

5. Good cause exists for this request, and the extension of time requested will not cause prejudice to either Party or the Court. Further, this extension is not sought for dilatory reasons or any other improper purpose. Plaintiff has previously moved for an extension of sixty days to the same effect.

6. Plaintiff's counsel has conferred with counsel for Defendant who have consented to the requested thirty (30) day extension.

WHEREFORE, Plaintiff Rachael Navarro respectfully requests that the Court enter an order granting the requested extension of time for Defendant to

1 | respond to Plaintiff's Complaint up to and including September 29, 2021, and for
2 | any other relief the Court deems necessary and just.

3 |                                    Respectfully submitted,

4
5 | Dated: August 27, 2021            **RACHAEL NAVARRO,** individually and on behalf of all others similarly situated,

6
7 |                                    By: /s/ *Stephen A. Klein*
                                       One of Plaintiff's Attorneys

8 |                                    Rebecca Davis (SBN 271662)
9 |                                    rebecca@lozeaudrury.com
                                       **LOZEAU DRURY LLP**
                                       1939 Harrison St., Suite 150
10|                                    Oakland, CA 94612
                                       Telephone: (510) 836-4200
11|                                    Facsimile: (510) 836-4205

12|                                    Stephen Klein*
                                       sklein@woodrowpeluso.com
13|                                    **WOODROW & PELUSO, LLC**
                                       3900 East Mexico Ave., Suite 300
14|                                    Denver, Colorado 80210
                                       Telephone: (720) 907-4654
15|                                    Facsimile: (303) 927-0809

16
17|                                    *Counsel for Plaintiff and the Putative Class*
                                       *Admitted *pro hac vice*

18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's CM/ECF system.

/s/ *Stephen A. Klein*