# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**RACHAEL NAVARRO,** individually and on behalf of all others similarly situated,

          Plaintiff,

v.

**JUSTFAB, LLC d/b/a JUSTFAB**, a Delaware limited liability company,

          Defendant.

Case No. 2:21-cv-01002-JAM-DMC

**[PROPOSED] ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JUSTFAB, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having considered Plaintiff's Second Unopposed Motion for Extension of Time for Defendant JustFab, LLC to Respond to Plaintiff's Complaint, and being duly advised in the premises, hereby ORDERS as follows:

1.      The Motion is GRANTED.

2.      Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before September 29, 2021.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. John A. Mendez
United States District Judge