Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Stephen A. Klein*
  sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

*Pro Hac Vice*

*Attorneys for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHAEL NAVARRO,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JUSTFAB, LLC d/b/a JUSTFAB**, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-cv-01002-JAM-DMC<br><br>**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME FOR JOINT STATUS REPORT AND RELATED DEADLINES** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff Rachael Navarro ("Navarro" or "Plaintiff"), by and through her counsel, hereby files this Unopposed Second Motion for Extension of Time for Joint Status Report and Related Deadlines. Plaintiff respectfully moves the Court for a thirty-one (31) day extension to **December 27, 2021** for the Parties to file a Joint Status Report, as well as any

related deadlines under Rule 16, Rule 26, and Local Rule 240. In support of the motion, Plaintiff states as follows:

1. On June 4, 2021, Plaintiff filed a putative class action complaint ("Complaint") against Defendant JustFab, LLC d/b/a JustFab ("JustFab" or "Plaintiff"). (Dkt. 1.) On June 9, 2021, JustFab was served with the Complaint and Summons (dkt. 7).

2. Defendant has retained counsel in this matter, and counsel for the Parties have been in contact regarding the facts of the case. In light of these discussions, Plaintiff previously requested extensions to Defendant's deadline to respond to the complaint.

3. The Parties have worked cooperatively to share information that may result in early resolution of this matter after further factfinding. Such factfinding is in progress, and Plaintiff is currently waiting to receive relevant records from a third-party carrier regarding the text messages alleged in this case.

4. Plaintiff was previously informed by the carrier that records would be provided prior to November 26, 2021—the current deadline to file a Joint Status Report—but due to a personnel change, production of the requested records has been delayed. Plaintiff expects to receive the records prior to December 27, 2021, and such records will play a critical role in determining how the Parties may proceed in this matter.

4. Plaintiff hereby requests an additional thirty-one (31) days for the parties to continue this factfinding and evaluate records prior to filing a Joint Status Report. Counsel for Plaintiff is in contact with the aforementioned third party regarding the records necessary to evaluate Plaintiff's claims, and the additional time will permit counsel for Plaintiff to receive and assess such records and determine whether an early resolution of this matter may be achieved.

5. Good cause exists for this request, and the extension of time requested will not cause prejudice to either Party or the Court. Further, this extension is not sought for dilatory reasons or any other improper purpose. Plaintiff previously moved for, and the Court granted, one extension regarding the Joint Status Report or any deadlines under Rule 16, Rule 26, or Local Rule 240.

6. Plaintiff's counsel has conferred with counsel for Defendant on this request and Defendant does not oppose the requested relief.

WHEREFORE, Plaintiff Rachael Navarro respectfully requests that the Court enter an order granting the requested extension of time for the Parties to file a Joint Status Report up to and including December 27, 2021, and for any other relief the Court deems necessary and just.

Respectfully submitted,

Dated: November 24, 2021

**RACHAEL NAVARRO,** individually and on behalf of all others similarly situated,

By: /s/ *Stephen A. Klein*
One of Plaintiff's Attorneys

Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Stephen Klein*
sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*
*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 24, 2021, a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's CM/ECF system.

                                          /s/ *Stephen A. Klein*