# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

RACHAEL NAVARRO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

JUSTFAB, LLC d/b/a JUSTFAB, a Delaware limited liability company,

    Defendant.

Case No. 2:21-cv-01002-JAM-DMC

**[PROPOSED] ORDER GRANTING UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME FOR JOINT STATUS REPORT AND RELATED DEADLINES**

The Court, having considered Plaintiff's Unopposed Second Motion for Extension of Time for Joint Status Report and Related Deadlines, and being duly advised in the premises, hereby ORDERS as follows:

1. The Motion is GRANTED.
2. The Parties shall file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, and in accordance with Local Rule 240, on or before December 27, 2021.

**IT IS SO ORDERED.**

Dated: _____

    Hon. John A. Mendez
    United States District Judge