# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHAEL NAVARRO,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JUSTFAB, LLC d/b/a JUSTFAB**, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-cv-01002-JAM-DMC<br><br>**ORDER GRANTING UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME FOR JOINT STATUS REPORT AND RELATED DEADLINES** |

The Court, having considered Plaintiff's Unopposed Second Motion for Extension of Time for Joint Status Report and Related Deadlines, and being duly advised in the premises, hereby ORDERS as follows:

1. The Motion is **GRANTED**.

2. The Parties shall file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, and in accordance with Local Rule 240, on or before **December 27, 2021**.

**IT IS SO ORDERED.**

Dated: November 24, 2021   /s/ John A. Mendez
　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE